UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____

A.D. WALKER, et al.,

    Plaintiff,

v.

FDIC as Receiver of WASHINGTON MUTUAL BANK,

    Defendant.
_____

Honorable Madeline Cox Arleo

Civil Action No. 08-6037 (JAG)

**REPORT AND RECOMMENDATION**

**THIS MATTER** having come before the Court upon the motion of plaintiff to remand (Lessie Hill, Esq., appearing), upon notice to defendant FDIC as Receiver of Washington Mutual Bank, (Alison Galer, Esq., of the law firm of Norris, McLaughlin & Marcus, P.A., appearing); defendant Janet Rinaldi, (Jeffrey R. Youngman, Esq., of the law firm Feitlin, Youngman, Karas & Youngman, appearing); and defendant American Title and Settlement, L.L.C., (Edward Tobin, Esq., of the law firm Clausen Miller, appearing), and the Court having considered the briefs and affidavits in support of and in opposition to the motion and having heard the argument of counsel, and for the reasons set forth on the record on March 24, 2009, and for good cause shown;

    **IT IS** on this 26th day of March 2008,

    **RECOMMENDED THAT** plaintiff's motion to remand is **DENIED**.

The parties have ten (10) days from the date hereof to file objections.

    *s/Madeline Cox Arleo*
    MADELINE COX ARLEO
    United States Magistrate Judge

cc:    Hon. Joseph A. Greenaway, Jr., U.S.D.J.
        All Parties
        File