**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

_____
                                    :
A.D. WALKER, et al.,                :
                                    :
    Plaintiffs,                   :
                                    : Civil Action No. 08-6037 (JAG)
    v.                            :
                                    : **ORDER**
FEDERAL DEPOSIT INSURANCE           :
CORPORATION, et al.,                :
                                    :
    Defendants.                   :
_____:

**GREENAWAY, JR., U.S.D.J.**

    On March 27, 2009, Magistrate Judge Madeline Cox Arleo filed a Report and Recommendation ("R&R") (Docket Entry No. 18), pursuant to FED. R. CIV. P. 72(b) and L. CIV. R. 72.1(a)(2), wherein she recommended that the motion for remand (Docket Entry No. 9), filed by plaintiffs, A.D. Walker and Cassie Walker (collectively, "Plaintiffs"), be denied. The time for filing objections to the R&R has expired, and no objections were submitted.

    A magistrate judge's recommended disposition of a dispositive matter is subject to de novo review. In re U.S. Healthcare, 159 F.3d 142, 145-46 (3d Cir. 1998); Temptations, Inc. v. Wager, 26 F. Supp. 2d 740, 743 (D.N.J. 1998); see also FED. R. CIV. P. 72(b). This Court has reviewed the parties' submissions and the R&R under the appropriate de novo standard, and agrees with Magistrate Judge Arleo's analysis and conclusion. Therefore,

    IT IS, on this 13th day of July, 2009,

ORDERED that Magistrate Judge Arleo's R&R  (Docket Entry No. 18) is adopted as the opinion of the Court; and it is further

ORDERED that Plaintiff's motion to remand (Docket Entry No. 9) is DENIED; and it is further

ORDERED that a copy of this Order be served on all parties within seven (7) days of the date of entry of this Order.

 S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR., U.S.D.J.